**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**HULEN PERILLOUX, #170986**                                        **PETITIONER**

**v.**                                              **CIVIL ACTION NO. 1:20-cv-188-LG-MTP**

**WARDEN OF CMCF**                                                 **RESPONDENT**

**ORDER DIRECTING RESPONDENT
TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

BEFORE THE COURT is pro se Petitioner Hulen Perilloux's ("Petitioner") request for habeas corpus relief pursuant to 28 U.S.C. § 2254.[1]  Petitioner is incarcerated with the Mississippi Department of Corrections at the Central Mississippi Correctional Facility ("CMCF") in Pearl, Mississippi.  Petitioner is challenging a conviction and sentence from the Circuit Court of Pearl River County, Mississippi.  After initial review of the Petition [1] and other pleadings, it is hereby,

**ORDERED** that the Respondent, through the Attorney General of the State of Mississippi, file an answer or other responsive pleading in this cause within twenty (20) days of the service upon the said Attorney General of a copy of this Order.  Respondent shall file with his answer or other responsive pleading any court documents relevant to the disposition of this cause including full and complete transcripts of all proceedings in the state court of Mississippi arising from the charges of unlawful touching in the Circuit Court of Pearl River County, Mississippi.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Petition [1], Petitioner's signed Motion to Amend [5], Order Transferring to

---

[1] Petitioner paid the filing fee.

Southern Division [6], and Order [8] granting Petitioner's Motion to Amend filed herein, along with a copy of this Order upon Attorney General of the State of Mississippi. The Clerk of Court is also directed to mail a copy of this Order to the Petitioner at his address of record.

**The Petitioner is advised that this Order directing the Respondent to answer does not reflect any opinion of this Court that the claims contained in the Petition will or will not be determined to be meritorious.**

Petitioner is warned that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**SO ORDERED AND ADJUDGED**, this the 16th day of June, 2020.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE
